IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                              4:10-CR-00074-01-BRW

CYNTHIA MICHELLE ORTON

## ORDER

Defendant's Motion for Early Termination of Supervised Release (Doc. No. 19) is DENIED, based on the fact that Defendant has over $100,000 in outstanding restitution.

IT IS SO ORDERED this 19th day of May, 2014.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE